IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY MAYNARD, | No. C 06-6616 EDL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ADMINISTRATIVE RESOURCE OPTIONS, INC. AND DOES 1-100, inclusive, | |
| Defendants. / | |

On January 9, 2007, counsel for Plaintiff Sally Maynard filed a request that the Court continue the date of the Initial Case Management Conference currently set for January 30, 2007, because Defendants have not been served.

IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for January 30, 2007 is continued to March 27, 2007, at 4:00 p.m. in Courtroom E. Plaintiff is admonished to exercise diligence in accomplishing service of process.

IT IS SO ORDERED.

Dated: January 10, 2007

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge