IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY MAYNARD, | No. C-06-06616 (EDL) |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE** |
| v. | |
| ADMINISTRATIVE RESOURSES OPTIONS INC., | |
| Defendant. | |

On February 23, 2007, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for March 27, 2004 at 4:00 p.m.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution.   The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented.  If the Court concludes that the telephonic appearance is interfering with the conference, the Court may continue the telephonic conference and may order personal appearances.

Counsel shall stand by beginning at 4:00 p.m. on March 27, 2007 until called by the Court.

**IT IS SO ORDERED.**

Dated: March 14, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge