1
2
3
4

Ashwin Ladva (206140)
Ladva, Shoker & Associates
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415)296 8844
(415)296 8847 (fax)
aladva@ladvashoker.com

5
6

Attorney for Plaintiff SALLY MAYNARD

7
8
9

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY MAYNARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE RESOURCE<br>OPTIONS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C 06-06616 EDL<br><br>The Hon. Elizabeth D. Laporte<br>  ORDER ON<br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERERENCE**<br><br>Date of CMC:  March 27, 2007<br>Time:            4:00 P.M.<br>Ctrm: E |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, Sally Maynard and Defendant Administrative Resource Options Inc. ("ARO"), by and through their attorneys, hereby stipulate that:

Request for Continuance of CMC - C-06-6616-EDL                                                                                                            - 1 -

1. The Case Management Conference currently set for March 27th, 2007 be continued to April 3, 2007 at 4:00 p.m. in Courtroom E.

2. ARO's counsel Mr. Keith Sipprelle will appear telephonically for the Case Management Conference.

.

Dated: March 23, 2007                                  Ladva, Shoker & Associates


By:  /s/ Palvir K. Shoker
     Palvir K. Shoker
     Ashwin Ladva, Esq.
Attorneys for Plaintiff SALLY MAYNARD

Dated: March 23, 2007                                  MCGUIREWOODS LLP


By:  /s/ Keith A. Sipprelle
     Keith A. Sipprelle, Esq.
     Attorneys for Defendant ADMINISTRATIVE RESOURCE OPTIONS INC.

ORDER

IT IS SO ORDERED.

Dated: 3/26/07

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*